IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD PRICE, et al.,

      Plaintiffs,                No. CIV S-02-0065 LKK KJM

    vs.

CITY OF STOCKTON, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff's motion to compel further response to interrogatory from defendant Stockton Redevelopment Agency and motion to compel further production of documents from defendant City of Stockton came on regularly for hearing May 11, 2005. Kristin Burrows and Jack Daniel appeared for plaintiff. James Diamond appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

      1. No later than May 18, 2005, defendant Stockton Redevelopment Agency shall provide a supplemental response indicating whether the owner(s) of any land identified in the "Multi-Modal" project participated in formulating, or by supporting, a proposed project, and if so, the identity of such owner(s). No later than May 20, 2005, plaintiff shall notify the court whether the motion to compel further response from defendant Stockton Redevelopment Agency

1

is withdrawn.

2. Based on the supplemental responses to request nos. 28 and 128, which defendant's counsel represented during the hearing have been verified, as well as the representation of counsel that no written proposed or final contracts exist between the law firm of Goldfarb and Lipman and Pacific Relocation Consultants relating to services on behalf of the City of Stockton, the motion to compel further production of documents from defendant City of Stockton is denied.

3. This matter was reassigned to the undersigned. The parties are reminded that all documents filed with the court must bear the correct case number: **CIV S-02-0065 LKK KJM**. Failure to submit documents with the correct case number results in misrouting and delay in receipt of the documents by chambers.

DATED: May 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
price.oah