1  KRISTINA BURROWS #221363
   AMY Y. CHOI #229501
2  CALIFORNIA RURAL LEGAL
   ASSISTANCE, INC.
3  242 N. Sutter Street, #411
   Stockton, CA 95202
4  Telephone: (209) 946-0609

5  MICHAEL RAWSON #95868
   DEBORAH COLLINS # 154532
6  CALIFORNIA AFFORDABLE HOUSING
   LAW PROJECT OF THE PUBLIC
7  INTEREST LAW PROJECT
   449 15th Street, Suite 301
8  Oakland, CA 94612
   Telephone: (510) 891-9794
9
   S. LYNN MARTINEZ #164406
10 WESTERN CENTER ON LAW & POVERTY
   449 Fifteenth Street, Suite 301
11 Oakland, CA 94612
   Telephone: (510) 891-9794 Ext. 125
12
   Attorneys for Plaintiffs
13
   (List of Counsel Continued on Next Page)
14

15                 UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17  _____        CASE NO. CIVS-02-0065 LKK KJM

18                                      )
    RICHARD PRICE, et al.               )   JOINT APPLICATION AND
19                                      )   STIPULATION FOR PROTECTIVE
              Plaintiffs,               )   ORDER; ORDER
20                                      )
    vs.                                 )
21                                      )
    CITY OF STOCKTON, et al.,           )
22                                      )
              Defendants.               )
23                                      )
    _____    )
24

25

26

27

28

1   DEANNA R. KITAMURA # 162039
    RICHARD ROTHSCHILD # 67356
2   WESTERN CENTER ON LAW & POVERTY
    3701 Wilshire Blvd., Suite 208
3   Los Angeles, CA 90010
    Telephone: (213) 487-7211
4
    ILENE J. JACOBS # 126812
5   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
    818 D Street
6   Marysville, California 95901
    Telephone: (530) 742-7235
7   Facsimile: (530) 742-0421

8   JACK DANIEL # 133498
    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
9   2115 Kern Street, Suite 370
    Fresno, California 93721
10  Telephone: (559) 441-8721

11  D. SCOTT CHANG # 146403
    Relman & Associates PLLC
12  1225 19th Street NW
    Suite 600
13  Washington DC 20036-2456
    Telephone: (202) 728-1888
14  Facsimile: (202) 728-0848

15  Attorneys for Plaintiffs

16
            The parties to this action, by and through their respective counsel, hereby apply for
17
    and stipulate to the issuance of the protective order set forth below.
18
                                        CALIFORNIA RURAL LEGAL
19                                      ASSISTANCE, INC.

20                                      CALIFORNIA AFFORDABLE HOUSING
                                        LAW PROJECT OF THE PUBLIC
21                                      INTEREST LAW PROJECT

22                                      WESTERN CENTER ON LAW & POVERTY

23                                      RELMAN & ASSOCIATES

24
            Dated: May ___, 2005.
25

26                                      By ____/s/_____
                                              DEBORAH COLLINS
27                                            Attorneys for Plaintiffs

28

GOLDFARB & LIPMAN

Dated: M ay ____, 2005.

By ___/s/_____

JAMES T. DIAMOND
Attorneys for Defendants

ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor, it is hereby ordered that:

1.      Defendants City of Stockton and Stockton Redevelopment Agency shall produce defendants' Residential Hotel Database as described in defendant City of Stockton's Responses to Plaintiff Lucinda Watson's First Set of Interrogatories, No. 1 and defendant Stockton Redevelopment Agency's Responses to Plaintiff Lucinda Watson's Second Set of Interrogatories, No. 42 to plaintiffs' counsel, subject to this order.

2. Pursuant to the parties' stipulation at the Deposition of Georgia Polk on May 18, 2005, the Residential Hotel Database shall be produced on a CD and in paper form to plaintiffs' counsel by 5:00 p.m. on May 20, 2005.

3. The Residential Hotel Database shall not be disclosed by plaintiffs' counsel to anyone other than the Court and its officers, court reporters, counsel for plaintiffs and their employees, agents, consultants, and witnesses including experts, all of whom shall be provided with, and bound by, the term of this Protective Order.[1]   As used in this Protective Order, "Confidential Information"means information contained in the Residential Hotel Database regarding a person's criminal history, registered sex offender status, and social security number.

4. Plaintiffs' counsel, their designated representative(s), and any recipients to

_____

[1] As noted below, to the extent the parties' stipulation and proposed order purports to bind the Court and its officers, it is disapproved.

Joint Application and Stipulation for Protective Order; Order

-3-

1   whom plaintiffs disclose the Residential Hotel Database shall act to preserve the

2   confidentiality of Confidential Information.  If the Residential Hotel Database is filed

3   with or presented to the Court, the Confidential Information shall first be redacted with

4   notation of the application of this Order to such information.   If the Residential Hotel

5   Database is attached to deposition transcripts as an exhibit, it shall be separated from the

6   transcripts and maintained separately under seal.  Discussion of Confidential Information

7   from the Residential Hotel Database that is contained in a deposition transcript shall be

8   redacted from the transcript, with notation of the application of this Order to such

9   information, prior to filing of the transcript with the Court.

10        5.  If any party to this Stipulation wishes to modify this Order or its application to

11   certain information, the party shall first request such modification from the other party's

12   counsel, and if no satisfactory agreement is reached, may petition the Court for

13   modification.  Until modification is granted by agreement or order, the terms of this

14   Stipulation and Order will govern.  Provision for use of Confidential Information at trial

15   shall be similarly made by agreement or by pretrial order governing use and protection of

16   the record.

17        6.  This Stipulation and Order shall not preclude the parties from exercising any

18   rights or raising any objections available to them under the rules of discovery and

19   evidence, and nothing in this Protective Order shall affect the admissibility of any

20   Confidential Information in this action.

21        7.  It shall be the responsibility of counsel for plaintiffs to act to preserve the

22   confidentiality of the Confidential Information.  Said counsel shall undertake all

23   reasonable steps necessary to preserve the confidentiality of the Confidential

24   Information, including but not limited to monitoring the release of the Residential Hotel

25   Database and providing recipients of the Residential Hotel Database with a copy of this

26   Stipulation and Order.

27        8.  Within thirty (30) days after the termination of this action, including but not

28

1   limited to 30 days from issuance of a decision in the final step of the appeal process or 30

2   days from expiration of the time to appeal, plaintiffs' counsel shall return the CD of the

3   Residential Hotel Database and any duplicate CD's made by plaintiffs' counsel, and any

4   un-redacted hard copies of the Residential Hotel Database made by plaintiffs' counsel, to

5   counsel for defendants.

6          9.  Nothing in this Protective Order shall be construed to unduly hamper the rights

7   of the parties to prosecute and defend this action.

8          Pursuant to stipulation, with the exception of the language in paragraph 3 that

9   purports to bind the Court and its officers, it is so ordered.

10         Dated:  May 24, 2005.

11

12                                    _____

13                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28