JAYNE W. WILLIAMS, State Bar #063203
JOSEPH M. QUINN, State Bar # 171898
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone:  (510) 808-2000

LEE C. ROSENTHAL, State Bar #058778
JAMES T. DIAMOND, JR., State Bar #131525
EMILY B. LONGFELLOW, State Bar #208796
GOLDFARB & LIPMAN LLP
1300 Clay Street, Ninth Floor
Oakland, CA  94612
Telephone:  (510) 836-6336

RICHARD E. NOSKY, JR., State Bar #130726
MICHAEL T. RISHWAIN, State Bar #109402
LORI WHITAKER, State Bar #186188
OFFICE OF THE CITY ATTORNEY
City Hall, Second Floor
425 North El Dorado Street
Stockton, CA  95202
Telephone:  (209) 937-8333

Attorneys for Defendants
CITY OF STOCKTON, STOCKTON CITY COUNCIL, STOCKTON REDEVELOPMENT AGENCY, STOCKTON DEPARTMENT OF HOUSING AND REDEVELOPMENT, STEVE PINKERTON, MARK LEWIS, GARY PODESTO, ANN JOHNSON, GLORIA NOMURA, LESLIE MARTIN, RICHARD NICKERSON, LARRY RUHSTALLER and GARY GIOVANETTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PRICE, et al., | Case No.:  CIV. S-02-0065 LKK KJM |
| Plaintiffs, | **STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND ORDER** |
| v. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

The Parties, Defendants City of Stockton and Redevelopment Agency of the City of

Stockton ("Defendants") and Plaintiffs Richard Price, et al., ("Plaintiffs"), through their counsel of record, request and stipulate to amend the Pretrial Scheduling Order per Federal Rules of Civil Procedure, rule 16(b), for good cause as follows:

### **RECITALS**

1.   Whereas, the Court issued an amended Pretrial Scheduling Order pursuant to the Parties' Stipulation on April 15, 2005;

2.   Whereas, Plaintiffs have noticed and conducted further depositions of Defendants pursuant to FRCP 30(b)(6) and noticed and conducted depositions of several employees of Defendants;

3.   Whereas, Defendants and Plaintiffs require additional time to set and schedule depositions, so that Defendants can respond to Plaintiffs' concerns regarding the proper witness(es) for Plaintiffs' Rule 30(b)(6) depositions and designate person(s) for such depositions;

4.   Whereas, due to illnesses and the vacation schedules of proposed deponents and counsel for the parties it has been difficult to co-ordinate and schedule depositions; and,

5.   Whereas, the Parties cannot complete the discovery process within the deadlines set forth in the amended Pretrial Scheduling Order and deadlines in this case, as set forth below in the Parties' Stipulation the deadlines need to be moved forward to permit a reasonable amount of time to complete discovery.

### **STIPULATION**

NOW THEREFORE, the Parties, through their respective counsel of record, stipulate and request that the dates set forth in the April 15, 2005 Pretrial Scheduling Order be extended by approximately two and a half months as follows:

| Date | Event |
| --- | --- |
| September 23, 2005 | Last day to file final list of experts |
| October 10, 2005 | Last day to hear motions to compel discovery |
| October 24, 2005 | Last day to file mid-litigation statements |
| November 14, 2005 | Last day to complete discovery |

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

| | | |
|---|---|---|
| 1 | January 13, 2006 | Last day for non-discovery law and motion to be heard |
| 2 | March 20, 2006 | Last day to file Plaintiffs' separate pretrial statement |
| 3 | March 27, 2006 | Last day to file Defendants' separate pretrial statement |
| 4 | April 14, 2006 | Last day to file joint statement of undisputed facts and disputed factual issues |
| 5 | April 21, 2006 | Pretrial Conference |
| 6 | July 24, 2006 | Trial |

This Stipulation may be executed in counterparts.

This stipulation may be submitted to the Court on an *ex parte* basis without notice to the other party.

DATED:  June 8, 2005          CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT

WESTERN CENTER ON LAW AND POVERTY

LAW OFFICES OF D. SCOTT CHANG


　　/s/ LYNN MARTINEZ_____
LYNN MARTINEZ
Attorneys for Plaintiffs

Dated: June 8, 2005          GOLDFARB & LIPMAN


　　/s/ LEE C. ROSENTHAL_____
LEE C. ROSENTHAL
Attorneys for Defendants

### ORDER

Based upon the foregoing stipulation and good cause appearing therefore,

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

3
STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND PROPOSED ORDER
201\47\240236.1

IT IS HEREBY ORDERED that the dates set forth in the April 15, 2005 Pretrial Scheduling Order shall be extended by approximately two and a half months as follows:

| Date | Event |
|---|---|
| September 23, 2005 | Last day to file final list of experts |
| October 10, 2005 | Last day to hear motions to compel discovery |
| October 24, 2005 | Last day to file mid-litigation statements |
| November 14, 2005 | Last day to complete discovery |
| January 13, 2006 | Last day for non-discovery law and motion to be heard |
| March 20, 2006 | Last day to file Plaintiffs' separate pretrial statement |
| March 27, 2006 | Last day to file Defendants' separate pretrial statement |
| April 14, 2006 | Last day to file joint statement of undisputed facts and disputed factual issues |
| April 24, 2006 | Pretrial Conference at 1:30 p.m. |
| July 25, 2006 | Trial at 10:30 a.m. |

IT IS SO ORDERED.

DATED: June 9, 2005

/s/Lawrence K. Karlton
Hon. Lawrence K. Karlton
Judge, U.S. District Court

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX