SHIRLEY R. EDWARDS, SBN 151399
KRISTINA L. BURROWS, SBN 221363
AMY Y. CHOI, SBN 229501
STEPHANIE E. HAFFNER, SBN 194192
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
20 N. Sutter Street, #203
Stockton, California 95202
Telephone: (209) 946-0609

MICHAEL RAWSON, SBN 95868
DEBORAH COLLINS, SBN 154532
CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT
449 15TH Street, Suite 301
Oakland, California 94612
Telephone: (510) 891-9794, Ext. 156

S. LYNN MARTINEZ, SBN 164406
WESTERN CENTER ON LAW & POVERTY
449 Fifteenth Street, Suite 301
Oakland, California 94612
Telephone:(510) 891-9794, Ext. 125

Attorneys for Plaintiffs

[List of Counsel Continued on Next Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD PRICE, et al.,

Plaintiffs,

vs.

CITY OF STOCKTON, CALIFORNIA, et al.,

Defendants.

CASE NO. Civ.S-02-0065 LKK KJM

**STIPULATION TO CONTINUE MOTION TO COMPEL DISCOVERY FROM DEFENDANT CITY OF STOCKTON**; ORDER

DEANNA R. KITAMURA, SBN 162039
RICHARD ROTHSCHILD, SBN 67356
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010-2809
Telephone: (213) 487-7211

ILENE J. JACOBS, SBN 126812
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
P.O. Box 2600
Marysville, California 95901
Telephone: (530) 742-7235

JACK DANIEL, SBN 133498
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2115 Kern Street, Suite 370
Fresno, California 93721
Telephone: (559) 441-8721

D.SCOTT CHANG, SBN 146403
Relman & Associates PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036-2456
Telephone: (202) 728-1888

WHEREAS, counsel for Plaintiffs and counsel for Defendant, City of Stockton, are in the process of trying to resolve the discovery disputes that are the subject of the Motion to Compel Discovery from Defendant City of Stockton ("Motion to Compel") scheduled to be heard before the Honorable Kimberly J. Mueller on September 14, 2005 at 10:00 a.m., at 501 I Street, Sacramento, California, Courtroom #26;

NOW THEREFORE, Plaintiffs Richard Price, et al., by and through their attorneys of record and Defendant, City of Stockton, by and through their attorneys of records, hereby stipulate and agree as follows:

1. Plaintiffs and Defendant, City of Stockton, request to continue the Motion to Compel scheduled for September 14, 2005 to September 21, 2005 at 10:00 a.m.
2. This stipulation may be signed in courterparts.
3. This stipulation may be submitted to the court on an ex parte basis without notice to the other party.

Dated: September 8, 2005

CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT

WESTERN CENTER ON LAW AND POVERTY

LAW OFFICES OF D. SCOTT CHANG

By: /s/ Shirley R. Edwards
Shirley R. Edwards
Attorney for Plaintiffs

Dated: September 8, 2005

GOLDFARB & LIPMAN

By: /s/ Juliet Cox
Juliet Cox
Attorney for Defendants

///

///

Good cause appearing therefor and the parties having so stipulated, IT IS SO ORDERED.

DATED: September 13, 2005.

UNITED STATES MAGISTRATE JUDGE