1  SHIRLEY R. EDWARDS, SBN 151399
   KRISTINA L. BURROWS, SBN 221363
2  AMY Y. CHOI, SBN 229501
   STEPHANIE E. HAFFNER, SBN 194192
3  CALIFORNIA RURAL LEGAL
   ASSISTANCE, INC.
4  20 N. Sutter Street, #203
   Stockton, California 95202
5  Telephone: (209) 946-0609

6  MICHAEL RAWSON, SBN 95868
   DEBORAH COLLINS, SBN 154532
7  CALIFORNIA AFFORDABLE HOUSING
   LAW PROJECT OF THE PUBLIC
8  INTEREST LAW PROJECT
   449 15TH Street, Suite 301
9  Oakland, California 94612
   Telephone: (510) 891-9794, Ext. 156
10
   S. LYNN MARTINEZ, SBN 164406
11 WESTERN CENTER ON LAW & POVERTY
   449 Fifteenth Street, Suite 301
12 Oakland, California 94612
   Telephone:(510) 891-9794, Ext. 125
13
   Attorneys for Plaintiffs
14
   [List of Counsel Continued on Next Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PRICE, et al., | CASE NO. Civ.S-02-0065 LKK KJM |
| Plaintiffs, | |
| vs. | **STIPULATION TO CONTINUE MOTION TO COMPEL DISCOVERY FROM DEFENDANT STOCKTON REDEVELOPMENT AGENCY; ORDER** |
| CITY OF STOCKTON, CALIFORNIA, et al., | |
| Defendants. | |

Stipulation and Order to Continue Motion to Compel Discovery from Defendant Stockton Redevelopment Agency

1. DEANNA R. KITAMURA, SBN 162039
   RICHARD ROTHSCHILD, SBN 67356
2. WESTERN CENTER ON LAW & POVERTY
   3701 Wilshire Blvd., Suite 208
3. Los Angeles, California 90010-2809
   Telephone: (213) 487-7211
4.
   ILENE J. JACOBS, SBN 126812
5. CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   P.O. Box 2600
6. Marysville, California 95901
   Telephone: (530) 742-7235
7.
   JACK DANIEL, SBN 133498
8. CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   2115 Kern Street, Suite 370
9. Fresno, California 93721
   Telephone: (559) 441-8721
10.
    D.SCOTT CHANG, SBN 146403
11. Relman & Associates PLLC
    1225 19th Street NW, Suite 600
12. Washington, DC 20036-2456
    Telephone: (202) 728-1888
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

1  WHEREAS, counsel for Plaintiffs and counsel for Defendant, Stockton Redevelopment Agency, are in the process of trying to resolve the discovery disputes that are the subject of the Motion to Compel Discovery from Defendant Stockton Redevelopment Agency ("Motion to Compel") scheduled to be heard before the Honorable Kimberly J. Mueller on September 14, 2005 at 10:00 a.m., at 501 I Street, Sacramento, California, Courtroom #26;

NOW THEREFORE, Plaintiffs Richard Price, et al., by and through their attorneys of record and Defendant, Stockton Redevelopment Agency, by and through their attorneys of records, hereby stipulate and agree as follows:

1. Plaintiffs and Defendant, Stockton Redevelopment Agency, request to continue the Motion to Compel scheduled for September 14, 2005 to September 21, 2005 at 10:00 a.m.

2. This stipulation may be signed in courterparts.

3. This stipulation may be submitted to the court on an ex parte basis without notice to the other party.

Dated: September 8, 2005    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT

WESTERN CENTER ON LAW AND POVERTY

LAW OFFICES OF D. SCOTT CHANG


By:  /s/ Shirley R. Edwards
        Shirley R. Edwards
        Attorney for Plaintiffs


Dated: September 8, 2005    GOLDFARB & LIPMAN


By:  /s/ Juliet Cox
        Juliet Cox
        Attorney for Defendants

///

///

1    Good cause appearing therefor and the parties having so stipulated, IT IS SO ORDERED.

2

3  DATED: September 13, 2005.

4

5                                             _____
                                              UNITED STATES MAGISTRATE JUDGE