1  SHIRLEY R. EDWARDS, SBN 151399
   KRISTINA L. BURROWS, SBN 221363
2  AMY Y. CHOI, SBN 229501
   STEPHANIE E. HAFFNER, SBN 194192
3  CALIFORNIA RURAL LEGAL
   ASSISTANCE, INC.
4  20 N. Sutter Street, #203
   Stockton, California 95202
5  Telephone: (209) 946-0609

6  MICHAEL RAWSON, SBN 95868
   DEBORAH COLLINS, SBN 154532
7  CALIFORNIA AFFORDABLE HOUSING
   LAW PROJECT OF THE PUBLIC
8  INTEREST LAW PROJECT
   449 15TH Street, Suite 301
9  Oakland, California 94612
   Telephone: (510) 891-9794, Ext. 156
10
   S. LYNN MARTINEZ, SBN 164406
11 WESTERN CENTER ON LAW & POVERTY
   449 Fifteenth Street, Suite 301
12 Oakland, California 94612
   Telephone:(510) 891-9794, Ext. 125
13
   Attorneys for Plaintiffs
14
   [List of Counsel Continued on Next Page]
15

16

17              IN THE UNITED STATES DISTRICT COURT

18            FOR THE EASTERN DISTRICT OF CALIFORNIA

19
   RICHARD PRICE, et al.,              ) CASE NO. Civ.S-02-0065 LKK KJM
20                                     )
              Plaintiffs,              )
21                                     ) **STIPULATION TO CONTINUE**
        vs.                            ) **MOTION TO COMPEL DISCOVERY**
22                                     ) **FROM DEFENDANT CITY OF**
   CITY OF STOCKTON, CALIFORNIA, et )   **STOCKTON**; ORDER
23 al.,                                )
                                       )
24            Defendants.              )
   _____ )
25

26

27

28

_____
Stipulation and Order Continuing Motion to Compel Discovery from Defendant City of Stockton

1  DEANNA R. KITAMURA, SBN 162039
   RICHARD ROTHSCHILD, SBN 67356
2  WESTERN CENTER ON LAW & POVERTY
   3701 Wilshire Blvd., Suite 208
3  Los Angeles, California 90010-2809
   Telephone: (213) 487-7211
4
   ILENE J. JACOBS, SBN 126812
5  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   P.O. Box 2600
6  Marysville, California 95901
   Telephone: (530) 742-7235
7
   JACK DANIEL, SBN 133498
8  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   2115 Kern Street, Suite 370
9  Fresno, California 93721
   Telephone: (559) 441-8721
10
   D.SCOTT CHANG, SBN 146403
11 Relman & Associates PLLC
   1225 19th Street NW, Suite 600
12 Washington, DC 20036-2456
   Telephone: (202) 728-1888
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, counsel for Plaintiffs and counsel for Defendant, City of Stockton, are in the

2  process of trying to resolve the discovery disputes that are the subject of the Motion to Compel

3  Discovery from Defendant City of Stockton ("Motion to Compel") scheduled to be heard before

4  the Honorable Kimberly J. Mueller on September 21, 2005 at 10:00 a.m., at 501 I Street,

5  Sacramento, California, Courtroom #26;

6    NOW THEREFORE, Plaintiffs Richard Price, et al., by and through their attorneys of

7  record and Defendant, City of Stockton, by and through their attorneys of records, hereby

8  stipulate and agree as follows:

9    1.    Plaintiffs and Defendant, City of Stockton, request to continue the Motion to

10        Compel scheduled for September 21, 2005 to October 19, 2005 at 10:00 a.m.

11   2.    This stipulation may be signed in courterparts.

12   3.    This stipulation may be submitted to the court on an ex parte basis without notice

13        to the other party.

14  Dated: September 13, 2005        CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

15                                   CALIFORNIA AFFORDABLE HOUSING LAW
                                     PROJECT OF THE PUBLIC INTEREST LAW PROJECT
16
                                     WESTERN CENTER ON LAW AND POVERTY
17
                                     LAW OFFICES OF D. SCOTT CHANG
18

19
                                     By: /s/ Shirley R. Edwards
20                                       Shirley R. Edwards
                                         Attorney for Plaintiffs
21

22  Dated: September 13, 2005        GOLDFARB & LIPMAN

23

24
                                     By: /s/ James Diamond
25                                       James Diamond
                                         Attorney for Defendants
26

27  ///

28  ///

Stipulation and Order Continuing Motion to Compel Discovery from Defendant City of Stockton
3

1    Good cause appearing therefor and the parties having so stipulated, IT IS SO ORDERED.

2

3  DATED:  September 16, 2005.

4

5                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Continuing Motion to Compel Discovery from Defendant City of Stockton