1  SHIRLEY R. EDWARDS, SBN 151399
   KRISTINA L. BURROWS, SBN 221363
2  AMY Y. CHOI, SBN 229501
   STEPHANIE E. HAFFNER, SBN 194192
3  CALIFORNIA RURAL LEGAL
   ASSISTANCE, INC.
4  20 N. Sutter Street, #203
   Stockton, California 95202
5  Telephone: (209) 946-0609

6  MICHAEL RAWSON, SBN 95868
   DEBORAH COLLINS, SBN 154532
7  CALIFORNIA AFFORDABLE HOUSING
   LAW PROJECT OF THE PUBLIC
8  INTEREST LAW PROJECT
   449 15TH Street, Suite 301
9  Oakland, California 94612
   Telephone: (510) 891-9794, Ext. 156
10
   S. LYNN MARTINEZ, SBN 164406
11 WESTERN CENTER ON LAW & POVERTY
   449 Fifteenth Street, Suite 301
12 Oakland, California 94612
   Telephone:(510) 891-9794, Ext. 125
13
   Attorneys for Plaintiffs
14
   [List of Counsel Continued on Next Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PRICE, et al., | CASE NO. Civ.S-02-0065 LKK KJM |
| Plaintiffs, | |
| vs. | Stipulation to Amend Pretrial Scheduling Order; and (Proposed) Order |
| CITY OF STOCKTON, CALIFORNIA, et al., | |
| Defendants. | |

1  DEANNA R. KITAMURA, SBN 162039
   RICHARD ROTHSCHILD, SBN 67356
2  WESTERN CENTER ON LAW & POVERTY
   3701 Wilshire Blvd., Suite 208
3  Los Angeles, California 90010-2809
   Telephone: (213) 487-7211
4
   ILENE J. JACOBS, SBN 126812
5  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   P.O. Box 2600
6  Marysville, California 95901
   Telephone: (530) 742-7235
7
   JACK DANIEL, SBN 133498
8  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   2115 Kern Street, Suite 370
9  Fresno, California 93721
   Telephone: (559) 441-8721
10
   D.SCOTT CHANG, SBN 146403
11 Relman & Associates PLLC
   1225 19th Street NW
12 Suite 600
   Washington, DC 20036-2456
13 Telephone: (202) 728-1888

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Amend Pretrial Scheduling Order; and (Proposed) Order

2

Plaintiffs Richard Price, et al. ("Plaintiffs") and Defendants City of Stockton, et al. ("Defendants") by and through their respective attorneys of record jointly request, pursuant to Federal Rules of Civil Procedure, rule 16(b), a modification of the Pretrial Scheduling Order entered on August 22, 2005 for good cause shown, as set forth in the following Stipulation:

## RECITALS

WHEREAS, on September 27, 2005, Plaintiffs Richard Price, et al. and Defendants City of Stockton, et al. agreed to participate in mediation in an attempt to settle all issues involved in this action;

WHEREAS, the parties have reserved October 27 and 28, 2005 and November 16, 2005 with a private mediator, and anticipate that if agreement is reached, such agreement would be presented to the Court for entry of judgment on or about December 15, 2005;

WHEREAS, in order to permit the parties to participate in good faith mediation and postpone pending discovery matters, the deadlines established in the Amended Pretrial Scheduling Order need to be modified.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective attorneys, hereby stipulate, subject to the Court's approval, that the dates set forth in the August 22, 2005 Pretrial Scheduling Order be extended by approximately 120 days as follows:

| Date | Deadline |
| --- | --- |
| February 10, 2006 | Last day to file final list of experts |
| February 28, 2006 | Last day to hear motions to compel discovery |
| March 14, 2006 | Last day to file mid-litigation statements |
| April 4, 2006 | Last day to complete discovery |
| June 5, 2006 | Last day for non-discovery law and motion to be heard |
| August 8, 2006 | Last day to file Plaintiffs' separate pretrial statement |
| August 15, 2006 | Last day to file Defendants' separate pretrial statement |
| September 5, 2006 | Last day to file joint statement of undisputed facts and disputed factual issues |

|   |   |
|---|---|
| September 11, 2006 | Pretrial Conference |
| December 11, 2006 | Trial |

DATED: September 28, 2005          CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT

WESTERN CENTER ON LAW & POVERTY

By: /s/ Deborah A. Collins
    Deborah A. Collins
    Attorneys for Plaintiffs

DATED: September 28, 2005          GOLDFARB & LIPMAN

By: /s/ James T. Diamond, Jr.
    James T. Diamond, Jr.
    Attorney for Defendants

## ORDER

Based upon the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the August 22, 2005 Pretrial Scheduling Order is amended as follows:

| | |
|---|---|
| Last day to file final list of experts | April 10, 2006 |
| Last day to hear motions to compel discovery | April 28, 2006 |
| Last day to file mid-litigation statements | May 15, 2006 |
| Last day to complete discovery | June 5, 2006 |
| Last day for non-discovery law and motion to be heard | August 4, 2006 |
| Last day to file Plaintiffs' separate pretrial statement | October 10, 2006 |
| Last day to file Defendants' separate pretrial statement | October 13, 2006 |
| Last day to file joint statement of undisputed facts and disputed factual issues | November 3, 2006 |

| | |
|---|---|
| Pretrial Conference | November 13, 2006 at 2:30 p.m. |
| Trial | February 13, 2007 at 10:30 a.m. |

    The parties are admonished that no further requests to modify the Status Order will be entertained.

DATED: October 5, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT