SHIRLEY R. EDWARDS, SBN 151399
KRISTINA L. BURROWS, SBN 221363
AMY Y. CHOI, SBN 229501
STEPHANIE E. HAFFNER, SBN 194192
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
20 N. Sutter Street, #203
Stockton, California 95202
Telephone: (209) 946-0609

MICHAEL RAWSON, SBN 95868
DEBORAH COLLINS, SBN 154532
CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT
449 15TH Street, Suite 301
Oakland, California 94612
Telephone: (510) 891-9794, Ext. 156

S. LYNN MARTINEZ, SBN 164406
WESTERN CENTER ON LAW & POVERTY
449 Fifteenth Street, Suite 301
Oakland, California 94612
Telephone:(510) 891-9794, Ext. 125

Attorneys for Plaintiffs

(List of Counsel Continued on Next Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

—o0o—

RICHARD PRICE, et al.,

Plaintiffs,

vs.

CITY OF STOCKTON, CALIFORNIA, et al.,

Defendants.

CASE NO. Civ.S-02-0065 LKK KJM

**JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT**

DEANNA R. KITAMURA, SBN 162039
RICHARD ROTHSCHILD, SBN 67356
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010-2809
Telephone: (213) 487-7211

ILENE J. JACOBS, SBN 126812
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
P.O. Box 2600
Marysville, California 95901
Telephone: (530) 742-7235

JACK DANIEL, SBN 133498
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2115 Kern Street, Suite 370
Fresno, California 93721
Telephone: (559) 441-8721

D.SCOTT CHANG, SBN 146403
Relman & Associates PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036-2456
Telephone: (202) 728-1888

The above-entitled case having been submitted for entry of judgment by counsel for the respective parties, to the Honorable Lawrence K. Karlton, Judge of the U.S. District Court, Eastern District of California, based on a written Settlement Agreement attached as Exhibit A to the parties' January 11, 2006 filing. Neither this Judgment Pursuant to Stipulation, nor the Settlement Agreement, is a finding on the merits and shall not be construed as an admission of a violation of any state or federal statutory or common law. The Court, having considered the Settlement Agreement:

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that

1. The terms of the Settlement Agreement attached hereto as Exhibit A are entered as the Judgment in the above-entitled case. The parties are hereby ordered to comply with the terms of the Settlement Agreement.

2. This Court retains jurisdiction with respect to the implementation of all terms and conditions set forth in the Settlement Agreement.

3. Effective as of the date of entry of this Judgment, the orders entered by this Court on May 2, 2002, June 14, 2002, February 7, 2005, and August 9, 2005 shall have no further force or effect.

DATED: January 12, 2006

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
U.S. District Court